**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000695
19-FEB-2019
08:21 AM**

NO. CAAP-18-0000695

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PHILECIA D. AGOR-REYNOLDS, Claimant Cross-Appellant-Appellant,
v. HERTZ CORPORATION, Employer-Appellant-Appellee,
and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
Insurance Carrier-Appellant-Appellee, and
SEDGWICK CMS-HAWAII, Insurance Adjuster-Appellant-Appellee,
and SPECIAL COMPENSATION FUND, Appellee-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2016-138(K); DCD NO. 4-15-00545(K))

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Claimant/Cross-Appellant/
Appellant Philecia D. Agor-Reynolds's (Agor-Reynolds) February 8,
2019 "Motion to Withdraw Notice of Appeal, Filed on 8/7/2018 and
Amended Notice of Appeal, Filed on 9/6/2018," which the court
construes as a motion to dismiss the appeal, the papers in
support, and the record, it appears that (1) the appeal has been
docketed; (2) Agor-Reynolds seeks to dismiss the appeal, with the
parties bearing their own attorneys' fees and costs, because the
parties reached a settlement agreement; and (3) the requested

relief is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, February 19, 2019.

Chief Judge

Associate Judge

Associate Judge